**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| TBS Group, LLC | ) | Case No: 16 C 5855 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| City of Zion, Illinois | ) |  |
|  | ) |  |

**<u>ORDER</u>**

For the reasons stated in the attached memorandum opinion and order, Defendant's Motion to Dismiss [13] is granted without prejudice. Plaintiff may file an amended complaint within thirty days of the entry of this Order, if it may do so in compliance with Rule 11. Enter Memorandum Opinion and Order. Status hearing set for 2/14/17 is reset to 3/15/17 at 9:30 a.m. No appearances necessary on 2/14/17.

Date: 1/23/17                                                                                         /s/ Judge John W. Darrah