# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

TBS Group, LLC

                       Plaintiff,

v.                                            Case No.: 1:16–cv–05855
                                           Honorable Edmond E. Chang

City of Zion, Illinois

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2017:

      MINUTE entry before the Honorable Edmond E. Chang:The Court has the motion to dismiss [32] under advisement. Status hearing of 08/31/2017 is reset to 10/04/2017 at 9:15 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.